

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00440-CV

———————————————

IN RE MARA HOLDINGS, INC., Relator

---

Original Proceeding
355th District Court of Hood County, Texas
Trial Court No. C2024253

---

Before Kerr, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: September 26, 2025